# EXHIBIT B

| Prentice Hall Science Explorer Weather and Climate | Prentice Hall Science Explorer Earth Science 4e (TE) |
|---|---|
| Padilla | Michael Padilla |
| Prentice Hall | Prentice Hall |
| 2000 | 2001 |
| 0134344944 | 0130434345 |




| UNK145 | UNK145 |
|---|---|
| Woman planting pansies | Woman planting pansies |
| VA 1-870-629 | VA 1-870-629 |




| B10 | B10 |
|---|---|

| Prentice Hall Science Explorer Earth Science 4e | Michael Padilla | Prentice Hall | 2001 | 0130626481 |
|---|---|---|---|---|

| | I4690008 | Men in protective suits and goggles testing water | VAu 529-623 | B07 |
|---|---|---|---|---|

| Prentice Hall Science Explorer Earth's Waters | PH | Prentice Hall | 2002 | 013054082x |
|---|---|---|---|---|

| | I4690008 | Men in protective suits and goggles testing water | VAu 529-623 | B07 |
|---|---|---|---|---|

| | |
|---|---|
| **Prentice Hall Science Explorer: Life Science 5e** | **Prentice Hall Science Explorer Earth Science 5e** |
| Padilla et al | PH |
| Prentice Hall | Prentice Hall |
| 2005 | 2005 |
| | 0133668584 |

| | |
|---|---|
| NT3812253 | I4690008 |
| Scientist with cell samples | Men in protective suits and goggles testing water |
| 1-990622312 | VAu 529-623 |

| B11 | B07 |

| | |
|---|---|
| | Prentice Hall Science Explorer Earth's Waters 3e |
| | PH |
| | Prentice Hall |
| | 2005 |
| | 0131150936 |

| | |
|---|---|
| I4690008 | |
| Men in protective suits and goggles testing water | |
| VAu 529-623 | |

B07

| | |
|---|---|
| | Science Explorer: Cells and Heredity |
| | Padilla *et al* |
| | Prentice Hall |
| | 2005 |
| | 013115088x |

| | |
|---|---|
| NT3812253 | |
| Scientist with cell samples | |
| 1-990622312 | |

B11

| | |
|---|---|
| | Prentice Hall Science Explorer Gr 6 5e Indiana Ed |
| | Michael Padilla |
| | Prentice Hall |
| | 2005 |
| | 013125992x |

| | |
|---|---|
| I4690008 | |
| Men in protective suits and goggles testing water | |
| VAu 529-623 | |

B07